DANIEL J. BRODERICK, Bar #89424
Federal Defender
STEPHEN J. BETZ, Bar #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY GHIDOSSI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-mj-00232-LJO |
| | (was P0484315) |
| Plaintiff, | |
| | STIPULATION TO CONTINUE STATUS |
| v. | CONFERENCE AND ORDER THEREON |
| | |
| ANTHONY GHIDOSSI, | DATE: November 15, 2006 |
| | TIME : 10:00 a.m. |
| Defendant. | DEPT : Hon. Sandra M. Snyder |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for November 8, 2006, may be continued to **November 15, 2006 at 10:00 a.m.**

The reason for this continuance is because counsel for defendant will be out of the office.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: November 2, 2006         MCGREGOR W. SCOTT
                                United States Attorney


                                /s/ Stanley A. Boone
                                STANLEY A. BOONE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: November 2, 2006         DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Stephen Betz
                                STEPHEN BETZ
                                Staff Attorney
                                Attorney for Defendant


**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED:  November  6 , 2006

                                /s/ Sandra M. Snyder
                                SANDRA M. SNYDER
                                U.S. Magistrate Judge
                                Eastern District of California